THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BARBARA BRITTAIN AND LINDA DIAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:23-Cv-00444-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO AMEND AND ANSWER COMPLAINT**<br><br>Noting Date: April 11, 2023 |

Under Western District of Washington Local Rules 7(d)(1), Plaintiffs Barbara Brittain and Linda Dial and Defendant Amazon.com, Inc. (collectively "the Parties"), stipulate as follows: (1) Plaintiffs shall file any amended complaint by no later than May 29, 2023, and (2) Defendant shall answer or otherwise respond to that amended complaint on June 28, 2023.

Good cause exists for the requested extension, as this case was only recently transferred to this Court from the U.S. District Court for the Southern District of California and allowing Plaintiffs approximately 60 days to amend the complaint will allow them to thoroughly assess the case and any modifications they intend to make following such transfer. Allowing Defendant approximately 30 days to answer or otherwise respond will allow it to thoroughly investigate and assess the case and discuss possible resolution of the case before responding.

STIPULATION AND ORDER TO EXTEND TIME
TO AMEND AND ANSWER COMPLAINT – 1
(No. 2:23-Cv-00444-BJR)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

161793526.1

|  |  |
|---|---|
| Dated: April 11, 2023 | |

By: /s/ *Shalini Dogra*
Shalini Dogra (*Pro Hac Vice Pending*)
**DOGRA LAW GROUP**
2219 Main Street, Unit 239
Santa Monica, CA 90405
Email: shalini@dogralawgroup.com

Jacob N. Whitehead (*Pro Hac Vice Pending*)
**W EMPLOYMENT LAW, APC**
7700 Irvine Center Drive, Suite 930
Irvine, CA 92618
Telephone:  949.674.4922
Email: jacob@jnwpc.com

*Attorneys for Plaintiffs*
*Barbara Brittain. and Linda Dial*

By: /s/ *Charles C. Sipos*
Charles C. Sipos, WSBA No. 32825
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email: CSipos@perkinscoie.com
Email: LTsuji@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO AMEND AND ANSWER COMPLAINT – 2
(No. 2:23-Cv-00444-BJR)

161793526.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

**ORDER**

IT IS SO ORDERED.

DATED this 17th day of April, 2023.

*[signature: Barbara J. Rothstein]*
Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

Charles C. Sipos, WSBA No. 32825
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: LTsuji@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO AMEND AND ANSWER COMPLAINT – 3
(No. 2:23-Cv-00444-BJR)

161793526.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000