THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BARBARA BRITTAIN AND LINDA DIAL, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:23-cv-00444-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO AMEND AND ANSWER COMPLAINT** |

Under Western District of Washington Local Rule 7(d)(1), Plaintiffs Barbara Brittain and Linda Dial and Defendant Amazon.com, Inc. (collectively "the Parties"), stipulate as follows: (1) Plaintiffs shall file any amended complaint by no later than August 18, 2023, and (2) Defendant shall answer or otherwise respond to that amended complaint by no later than September 18, 2023.

Good cause exists for the requested extension, which is sought in order to accommodate the various steps that Plaintiffs and their counsel have undertaken as a result of the transfer of this case to this Court from the U.S. District Court for the Southern District of California. To date, Plaintiffs have worked diligently to retain local counsel, complete their *pro hac vice* applications, to fully evaluate the extent of their anticipated amendment, and complete all the steps required before they may file an amended complaint, but additional time is needed for these processes.

STIPULATION AND ORDER TO EXTEND TIME
TO AMEND AND ANSWER COMPLAINT – 1
(No. 2:23-cv-00444-BJR)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Allowing Plaintiffs until August 18 to amend the complaint will allow them to complete these processes. Allowing Defendant until September 18 to answer or otherwise respond will allow it to evaluate the nature of the amended pleading, to further evaluate the case and its defenses, and to prepare and file any Rule 12 motion that Defendant elects to file in response to the amended complaint.

Dated:  July 19, 2023

By: /s/ Shalini Dogra

Shalini Dogra (*Pro Hac Vice Pending*)
**DOGRA LAW GROUP**
2219 Main Street, Unit 239
Santa Monica, CA 90405
Email: shalini@dogralawgroup.com

Jacob N. Whitehead (*Pro Hac Vice Pending*)
**W EMPLOYMENT LAW, APC**
7700 Irvine Center Drive, Suite 930
Irvine, CA 92618
Telephone:  949.674.4922
Email: jacob@jnwpc.com

*Attorneys for Plaintiffs*
*Barbara Brittain. and Linda Dial*

By: /s/ Charles C. Sipos

Charles C. Sipos, WSBA No. 32825
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email: CSipos@perkinscoie.com
Email: LTsuji@perkinscoie.com

*Attorneys for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO AMEND AND ANSWER COMPLAINT – 2
(No. 2:23-cv-00444-BJR)

**ORDER**

IT IS SO ORDERED.

DATED this 19th day of July, 2023.

*[signature]*

Barbara Jacobs Rothstein
U.S. District Court Judge

Presented By:

Charles C. Sipos, WSBA No. 32825
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: CSipos@perkinscoie.com

*Attorney for Defendant Amazon.com, Inc.*

STIPULATION AND ORDER TO EXTEND TIME
TO AMEND AND ANSWER COMPLAINT – 3
(No. 2:23-cv-00444-BJR)